### Darius T. HILL, Petitioner–Appellant,

### v.

### UNITED STATES DEPARTMENT OF PROBATION; United States Marine Corps; United States Navy, Respondents–Appellees.

### No. 03–6640.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 20, 2003.

Darius T. Hill, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States

Attorney, Raleigh, North Carolina, for Appellees.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Darius T. Hill, a military prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hill v. United States Dep't of Prob.,* No. CA–01–807–5–BR3 (E.D.N.C. Mar. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*